EVA CRIDEN, Appellant, v. MARIE E. O'DAY, Respondent.— Appeal dismissed, without costs, on stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CITY OF SYRACUSE, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Appellant.— Appeal dismissed, without costs, on stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

STANLEY GABRYCH, an Infant, etc., Plaintiff, v. KATHERINE LUTHER and Another, Defendants.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NIAGARA FALLS POWER COMPANY, Appellant, v. PETTEBONE-CATARACT PAPER COMPANY, Respondent.   (Action No. 1.) — Appeal dismissed, without costs, on stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NIAGARA FALLS POWER COMPANY, Appellant, v. CATARACT CITY MILLING COMPANY, Respondent.   (Action No. 1.) — Appeal dismissed, without costs, on stipulation filed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALBERT BACKHAUS, as Administrator, etc., Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN J. JACKSON and Others, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GEORGE D. BRIGGS, Respondent, v. CITY OF NORTH TONAWANDA, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by May thirteenth, and be ready for argument at any later date.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SYLVIA KNIGHT, Respondent, v. ROBERT F. SCHELLING, Appellant.   ERNA KNIGHT, Respondent, v. ROBERT F. SCHELLING, Appellant.— Appeals dismissed unless appellant shall file and serve printed papers and briefs by May fifteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JAMES Y. CAMERON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by July first and printed briefs by August first.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JULIA CARROLL, as Administratrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by May eighteenth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOSEPH HELMAN, an Infant, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by May eighteenth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MIKE VETROMILE, Respondent, v. NATHAN RAPAPORT, Appellant.— Appeal dismissed unless appellant shall be ready for argument on May nineteenth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CLARA G. VAN NESS, as Administratrix, etc., Respondent, v. CITY OF BUFFALO, Appellant.— Appeal dismissed unless appellant shall be ready for argument on May fourteenth.   Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.